DECEMBER 21, 1972

No. 72–457. RODRIGUEZ *v.* SEAMANS, SECRETARY OF THE AIR FORCE, ET AL. C. A. D. C. Cir. Certiorari dismissed under Rule 60 of the Rules of this Court.

No. 72–5302. PHILLIPS *v.* HOUSING AUTHORITY OF CITY OF PROVIDENCE. Appeal from Sup. Ct. R. I. dismissed under Rule 60 of the Rules of this Court.

JANUARY 8, 1973

No. 72–579. MISSOURI PACIFIC RAILROAD Co. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. E. D. Mo. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–581. KANSAS CITY SOUTHERN RAILWAY Co. ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. W. D. Mo.

No. 72–632. NATIONAL MOTOR FREIGHT TRAFFIC ASSN., INC., ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. D. C.

No. 72–723. UNITED STATES *v.* STATE CORPORATION COMMISSION OF VIRGINIA ET AL. Affirmed on appeal from D. C. E. D. Va. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.